IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 19 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00623-ZLW

RONALD L. MINOR,

     Plaintiff,

v.

J. E. GUNJA, Warden,
OSCAR ACOSTA, Information Officer,
RIOS, Associate Warden,
L. SMITH, DHO,
JOHN DOE, Unit BB Councelor, sued in their individual and official capacities,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Plaintiff's "Motion to Stay" filed on July 12, 2005, is DENIED.

Dated: July 19, 2005

Copies of this Minute Order mailed on July 19, 2005, to the following:

Ronald L. Minor
Reg. No. 62980-061
USP – McCreary
PO Box 3000 – Unit 1-B
Pine Knot, KY 42635

_____
Secretary/Deputy Clerk